**BEFORE THE UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

In re: Cook Medical, Inc., IVC Filters Marketing,                         MDL-2570
Sales Practices and Products Liability Litigation

July 25, 2022

**VIA CM/ECF**

John W. Nichols, Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

Re:     Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation MDL Docket No. 2570

Dear Mr. Nichols:

I am counsel for the defendants, Cook Incorporated and Cook Medical LLC. Pursuant to JPML Rule 7.1(a), I write to notify you of two potential tag-along actions in which these Cook entities are named as defendants. The actions are listed on the enclosed schedule. Not all Cook entities have been served in the listed matters, and by this notice Cook does not waive service in the matters. Additionally, the docket sheets and complaints for these actions are enclosed.

Please do not hesitate to contact me if you have any questions.

Sincerely,

s/ Jessica Benson Cox
Jessica Benson Cox (# 26259-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:    317.237.0300
Facsimile:    317.237.1000
E-Mail:       Jessica.Cox@FaegreDrinker.com


Enclosures
cc:    Enclosed Service List