BEFORE THE UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

In re: Cook Medical, Inc., IVC Filters Marketing,     MDL-2570
Sales Practices and Products Liability Litigation

### 200th Notice of Potential Tag-Along Actions

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Parkison, Shanna E.<br><br>**Defendants:**<br>Cook Incorporated; Cook Medical LLC (incorrectly named as "Cook Medical Incorporated" and "Cook Medical, LLC"); and Cook Group Incorporated. | Colorado, District Court | 1:22-cv-01742 | Judge Raymond P. Moore |
| **Plaintiff:**<br>Warren, Melissa A.<br><br>**Defendants:**<br>Cook Incorporated; Cook Medical LLC (incorrectly named as "Cook Medical Incorporated" and "Cook Medical, LLC"); and Cook Group Incorporated. | Michigan, Eastern District | 1:22-cv-11592 | Judge Thomas L. Ludington |