**BEFORE THE UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

In re: Cook Medical, Inc., IVC Filters Marketing,                      MDL-2570
Sales Practices and Products Liability Litigation

**PROOF OF SERVICE**

I hereby certify that on the 25th day of July, 2022, a true and correct copy of the Cook Defendants' 200th Notice of Potential Tag-Along Actions was served on the following via electronic mail:

>Michael Jon Ogborn
>Ogborn Mihm, LLP
>1700 Lincoln St., Ste. 2700
>Denver, CO 80203
>Tel: 303-592-5900
>Fax: 303-592-5910
>Email: mike.ogborn@omtrial.com
>
>*Attorneys for Plaintiff Shanna E. Parkison*
>
>Jason J. Thompson
>Sommers Schwartz, P.C.
>One Towne Square, Ste. 1700
>Southfield, MI 48076
>Tel: 248-355-0300
>Fax: 248-436-8453
>Email: jthompson@sommerspc.com
>
>*Attorneys for Plaintiff Melissa A. Warren*

/s/ *Jessica Benson Cox*

Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian St. Suite 2500
Indianapolis, IN 46204
Tel:   (317) 237-8274
Fax:   (317) 237-8524
Jessica.Cox@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated; Cook Medical LLC (incorrectly named as "Cook Medical Incorporated" and "Cook Medical, LLC"); and Cook Group Incorporated*